JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DONAGHY VINCENT<br><br>PLAINTIFF,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA<br><br>DEFENDANT. | CASE NO. 8:21-cv-01696 JLS-KES<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

On December 21, 2022, Defendant Hyundai Motor America ("HMA") filed with the Court a Notice of Acceptance of its Offer of Judgment to Plaintiff Ryan Donaghy Vincent ("Plaintiff") pursuant to Rule 68 of the Federal Rules of Civil Procedure, in favor of Plaintiff and against HMA. (Docs. 35, 36). Plaintiff served written notice accepting the offer within 14 days after being served. Accordingly, the Court hereby ENTERS JUDGMENT pursuant to the terms of the offer and acceptance, as follows:

1. HMA shall pay $60,000.00 to Plaintiff and Plaintiff's lender, if any (if there is an outstanding loan on the 2019 Hyundai Genesis G80 (VIN KMTFN4JB4KU326125) ("subject vehicle"), the lender shall be paid the amount necessary to pay off the loan for the subject vehicle and Plaintiff shall receive the entire remaining amount), for the

subject vehicle in return for Plaintiff surrendering the subject vehicle with clear title and no liens to HMA, within five (5) business days of said surrender described below;

    2.    HMA consents to allow the Court to determine, in a noticed motion the reasonable, necessary, and actually incurred amount of attorneys' fees, expenses and costs to which Plaintiff is entitled under 15 U.S.C. § 2310(d)(2) and California Civil Code § 1794(d). HMA stipulates that Plaintiff is the prevailing party for purposes of any motion for attorney's fees, expenses, and costs only.

This offer is contingent upon:

A. Within 30 days of service of acceptance of this offer, Plaintiff shall provide the necessary documents to process this settlement (e.g., lien payoff information, if any, and current registration for the subject vehicle, title);

B. Within 45 days of providing the necessary documents described in item A, above in this section, Plaintiff shall return the subject vehicle to HMA on a mutually agreeable date to a mutually agreeable Hyundai-authorized dealership, and execute the California DMV forms to transfer title of the subject vehicle to defendant free and clear of all liens and encumbrances (except for any loan for the purchase of the subject vehicle itself, which will be paid by HMA as stated above, if any).

C. The dismissal, with prejudice, of Plaintiffs' Complaint in its entirety against all Defendants;

D. Each side shall bear its own attorney's fees, costs and expenses except as otherwise stated in item 2 above.

IT IS SO ORDERED.

DATED: December 28, 2022

                                        _____
                                        HON. JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE